## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

JOHN DARREN JENSEN #A040-384-840          CASE NO. 6:18-CV-01293 SEC P

VERSUS                                     JUDGE DOUGHTY

JEFF SESSIONS ET AL                        MAGISTRATE JUDGE HANNA

### REPORT AND RECOMMENDATION

Before the Court is a petition for writ of habeas corpus (28 U.S.C. § 2241) filed by pro se Petitioner John Darren Jensen.  Petitioner was an immigration detainee in the custody of the Department of Homeland Security / U.S. Immigration and Customs Enforcement ("DHS/ICE").  At the time of filing on October 1, 2018, he was detained at the Pine Prairie Correctional Center, in Pine Prairie, Louisiana. Petitioner challenged his continued detention pending removal.

An evidentiary hearing was scheduled in this matter on July 11, 2019.  [Rec. Doc. 15]

This Court has been notified that the Petitioner was released on July 1, 2019. The release from custody renders Jensen's Petition for Writ of Habeas Corpus moot, as he has achieved the relief sought in his habeas petition.  *See Goldin v. Bartholow*, 166 F.3d 710, 717 (5th Cir. 1999) ("[A] moot case presents no Article III case or controversy, and a court has no constitutional jurisdiction to resolve the issues it presents.").

For the foregoing reasons,

**IT IS RECOMMENDED** that Jensen's habeas petition be **DISMISSED AS MOOT** and the evidentiary hearing, scheduled on July 11, 2019, be **CANCELLED.**

Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court.  No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE TO WHICH THE PARTY DID NOT OBJECT.**

THUS DONE in Chambers on this 2nd day of July, 2019.

_____

**Patrick J. Hanna**
**United States Magistrate Judge**