UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN DARREN JENSEN | CIVIL ACTION NO. 6:18-cv-01293 |
| VERSUS | JUDGE DOUGHTY |
| JEFF SESSIONS, ET AL. | MAGISTRATE JUDGE HANNA |

**REPORT AND RECOMENDATION**

This Court having previously recommended that the plaintiff's petition for writ of habeas corpus should be dismissed as moot due to his having been released from custody,

IT IS FURTHER RECOMMENDED that the defendants' motion to dismiss for lack of jurisdiction (Rec. Doc. 19) should be DENIED AS MOOT.

Signed at Lafayette, Louisiana, this 8th day of July 2019.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE