# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN DARREN JENSEN #A040-384-840** | **CASE NO. 6:18-CV-01293 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **JEFF SESSIONS ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Jensen's Petition for Writ of Habeas Corpus be **DISMISSED AS MOOT** without prejudice and that this proceeding be terminated.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 23rd day of July, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE